# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
ROBERT J. KRYSA § Case No. 13-21144
BARBARA J. KRYSA §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/N. Neville Reid, Trustee_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-21144 | CAD | Judge: | Carol A. Doyle | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ROBERT J. KRYSA | | | | Date Filed (f) or Converted (c): | 05/20/2013 (f) |
| | BARBARA J. KRYSA | | | | 341(a) Meeting Date: | 07/11/2013 |
| For Period Ending: | 03/19/2015 | | | | Claims Bar Date: | 12/17/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE - Franklin Park<br><br>10338 W. Addison Franklin Park (single family residence) | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE - Westville<br><br>559 Main Street, Westville, IN 46391 (single family residence) | 15,000.00 | 58,125.00 | | 67,000.00 | FA |
| 3. REAL ESTATE - Washington<br><br>Vacant Land 920 Cougar Place, Ocean Shores, Washington, 98589 (Past Due Special Assessments are $6717.07) | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. CASH<br><br>Cash on hand Location: In debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS<br><br>Account with Leyden Credit Union xxxxx3839 (checking account has balance of $837 and savings account has balance of $2000.00.) | 2,837.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS<br><br>Household goods and furnishings including 4 year old LR furniture; 20 year old BR furniture; 10 year old laptop; 3 year old washer/dryer; 2 TV's 20" & 26" (both 10 years old and 3 year old 48" TV; and 15 year old kitchen set. Location: In debtor's possession. | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL<br><br>Ordinary Wearing Apparel Location: In debtor's possession | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. FURS AND JEWELRY<br><br>Miscellaneous jewelry Location: In debtor's possession | 900.00 | 0.00 | | 0.00 | FA |
| 9. INSURANCE POLICIES - Universal Life Policy (w)<br><br>Universal Life Policy (death benefit $25,000) Location: In debtor's possession (W) | 7,596.03 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-21144 | CAD | Judge: | Carol A. Doyle | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ROBERT J. KRYSA | | | | Date Filed (f) or Converted (c): | 05/20/2013 (f) |
| | BARBARA J. KRYSA | | | | 341(a) Meeting Date: | 07/11/2013 |
| For Period Ending: | 03/19/2015 | | | | Claims Bar Date: | 12/17/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. INSURANCE POLICIES - Universal Life Policy (h)<br><br>Universal Life Policy (death benefit $39,841.00)<br>Location: In debtor's possession (H) | 29,841.77 | 0.00 | | 0.00 | FA |
| 11. PENSION (w)<br><br>Retirement Account.<br>Location: Held in trust by USPS (W) | Unknown | 0.00 | | 0.00 | FA |
| 12. PENSION (h)<br><br>Retirement Account<br>Location: Held in trust by previous employer (H) | Unknown | 0.00 | | 0.00 | FA |
| 13. STOCK<br><br>Stock in Krysa Specialty Company (coin vending machine business) Company has negative value as a going concern. Liabilities exceed assets. Company will be closed in 2013.<br>Location: In debtor's possession (J)<br><br>[Krysa Specialty Vending Machine Contract # ZIPC23315265] | 0.00 | 17,000.00 | | 15,666.65 | FA |
| 14. FUTURE INTERESTS<br><br>Social Security Benefits<br>Location: Payable by United States (J) | Unknown | 0.00 | | 0.00 | FA |
| 15. VEHICLES - 2001 Grand Marquis<br><br>2001 Grand Marquis<br>Location: In debtor's possession | 750.00 | 0.00 | | 0.00 | FA |
| 16. VEHICLES - 2011 Sonata<br><br>2011 Sonata<br>Location: In debtor's possession | 18,167.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-21144 | CAD | Judge: | Carol A. Doyle | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ROBERT J. KRYSA | | | | Date Filed (f) or Converted (c): | 05/20/2013 (f) |
| | BARBARA J. KRYSA | | | | 341(a) Meeting Date: | 07/11/2013 |
| For Period Ending: | 03/19/2015 | | | | Claims Bar Date: | 12/17/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. OTHER PERSONAL PROPERTY - Wisconsin RV Park  RV located in RV Park in Wisconsin (vehicle purchased 25 years ago) utilitzed in summer only.  [Pioneer Park and it is located in Lake Delton, WI] | 2,000.00 | 6,000.00 | | 6,000.00 | FA |
| 18. VOID                         (u) | Unknown | 0.00 | | 0.00 | FA |
| 19. VOID                         (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $233,691.80 | $81,125.00 | $88,666.65 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/11/2014        Current Projected Date of Final Report (TFR): 03/31/2015

Case 13-21144   Doc 44   Filed 04/16/15   Entered 04/16/15 08:30:27   Desc Main
Document   Page 6 of 17

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-21144 | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | ROBERT J. KRYSA | | Bank Name: | Associated Bank |
| | BARBARA J. KRYSA | | Account Number/CD#: | XXXXXX5195 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1917 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/19/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/14 | 17 | LEYDEN CREDIT UNION 2701 N. 25th AvenueFranklin Park, IL 60131(Cashier's Check fromRobert and Barbara Krysa) | Krysa - Wisconsin Park Membership Payment 1 of 3 | 1129-000 | $2,000.00 | | $2,000.00 |
| 01/29/14 | | MARK D. WEISMAN Client Trust Account100 West Monroe Street, #1310Chicago, IL | Specialty Vending Machine Contract | | $3,607.55 | | $5,607.55 |
| | | | Gross Receipts          $9,000.00 | | | | |
| | | USI Financial - Creditor of Krysa Specialty Co. | ($5,392.45) | 8500-002 | | | |
| | 13 | | STOCK          $9,000.00 | 1123-000 | | | |
| 01/31/14 | 300001 | FOREMOST INSURANCE COMPANY P.O. Box 767Michigan City, IN 46361Attn:  Melissa | Quarterly Payment for Insurance Premium for Property located at: 759 West Main Street, Westville, IN Owners:  Robert Krysa and Barbara Krysa | 2420-000 | | $345.50 | $5,262.05 |
| 02/18/14 | 13 | BANK OF AMERICA, N.A. (Cashier's Check from Roman Adamus)Payment 1 of 6 | Specialty Vending Machine Contract Payment 1 of 6 | 1123-000 | $1,333.33 | | $6,595.38 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,585.38 |
| 03/13/14 | 17 | LEYDEN CREDIT UNION 2701 N. 25th AvenueFranklin Park, IL 60131[Cashier's Check fromRobert and Barbara Krysa] | Krysa - Wisconsin Park Membership Payment 2 of 3 | 1129-000 | $2,000.00 | | $8,585.38 |
| 03/25/14 | | MERIDIAN TITLE CORPORATION 202 S. Michigan St., Suite 300South Bend, IN 46601574-232-5845 | Sale of 759 Main St. Westville, IN | | $50,432.69 | | $59,018.07 |
| | | | Gross Receipts          $67,000.00 | | | | |
| | | CENTURY 21 MIDDLETON COMPANY Century 21 Middleton | Commission Paid at Settlement          ($4,020.00) | 3510-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                                                        Page Subtotals:                         $59,373.57            $355.50

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-21144 | | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | ROBERT J. KRYSA | | Bank Name: | Associated Bank |
| | BARBARA J. KRYSA | | Account Number/CD#: | XXXXXX5195 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1917 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/19/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | CLOSING COSTS<br>Closing Costs - PAID AT CLOSING | ($2,222.50) | 2500-000 | | | |
| | | TAXES PAID AT CLOSING<br>Real Estate Taxes - Paid at Closing | Real Estate Taxes ($1,831.96) | 4700-000 | | | |
| | | CHASE BANK<br>Chase Bank | Payment to Secured Creditor ($8,492.85) | 4110-000 | | | |
| | 2 | | REAL ESTATE - Westville $67,000.00 | 1110-000 | | | |
| 04/03/14 | 13 | BANK OF AMERICA<br>Cashier's Check[Remitter Roman Adamus] | Specialty Vending Machine Contract<br>Payment 2 of 6 | 1123-000 | $1,333.33 | | $60,351.40 |
| 04/07/14 | 300002 | INTERNATIONAL SURETIES, LTD.<br>Suite 420701 Poydras StreetNew Orleans, LA  70139504-581-6404 | Blanket Bond Disbursement<br>Blanket Bond Amount $71,065,000.00<br>Liberty Mutual Insurance Company<br>Bond # *****6455<br>Term:  02/01/14 to 02/01/15 | 2300-000 | | $26.90 | $60,324.50 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $28.54 | $60,295.96 |
| 04/10/14 | 17 | LEYDEN CREDIT UNION<br>2701N. 25th AvenueFranklin Park, IL 60131{Cashier's Check fromRobert and Barbara Krysa} | Krysa - Wisconsin Park Membership<br>Payment 3 of 3 | 1129-000 | $2,000.00 | | $62,295.96 |
| 04/11/14 | 300003 | MARK D. WEISMAN<br>Law Office of Mark D. Weisman53 West Jackson Blvd., Ste. 733Chicago, IL 60604-3606 | Reimbursement of Expenses Federal Express - delivery of check and documents from Debtor's Attorney Tracking No. 802999440320. | 2990-000 | | $52.87 | $62,243.09 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $88.59 | $62,154.50 |
| 05/28/14 | 300004 | TOWN OF WESTVILLE<br>253 W. Main StreetP.O. Box 275Westville, IN  46391 | Water Utility Bill for Indiana Property:<br>759 West Main Street, Westville, IN<br>Owners:  Robert Krysa and Barbara Krysa | 2420-000 | | $214.49 | $61,940.01 |

| UST Form 101-7-TFR (5/1/2011) (Page: 7) | Page Subtotals: | $3,333.33 | $411.39 |
|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-21144 | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|
| Case Name: | ROBERT J. KRYSA | Bank Name: | Associated Bank |
| | BARBARA J. KRYSA | Account Number/CD#: | XXXXXX5195 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1917 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/19/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.41 | $61,847.60 |
| 06/18/14 | 300004 | TOWN OF WESTVILLE 253 W. Main StreetP.O. Box 275Westville, IN  46391 | Water Utility Bill at Reversal Town of Westville returned our check no. 300004 in the amount of $214.49.  The Town applied the deposit toward their bill which left a remaining balance of $94.49.  We are to reissue the check for $94.49. | 2420-000 | | ($214.49) | $62,062.09 |
| 06/18/14 | 300005 | Town of Westville 253 West Main Street P.O. Box 275 Westville, IN  46391 | 759 West Main St., Westville, IN, Water Utility Bill (Acct. # ***6005) Town of Westville returned our check no. 300004 in the amount of $214.49.  The Town applied the deposit toward their bill (Account ***6005) which left a remaining balance of $94.49. | 2420-000 | | $94.49 | $61,967.60 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.29 | $61,878.31 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.00 | $61,786.31 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.86 | $61,694.45 |
| 09/23/14 | 13 | Roman Adamus Bank of America (Cashier's Check No. 1643000434) | Specialty Vending Machine Contract (payment 3 of 6) for Krysa Specialty Co. | 1123-000 | $1,333.33 | | $63,027.78 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.28 | $62,938.50 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.57 | $62,844.93 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | Page Subtotals: | $1,333.33 | $428.41 |
|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-21144 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | ROBERT J. KRYSA | Bank Name: | Associated Bank |
| | BARBARA J. KRYSA | Account Number/CD#: | XXXXXX5195 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1917 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/19/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/14 | 13 | Roman Adamus<br>4928 N. Monitor<br>Chicago, IL  60630 | Payment 4 of 6 for Krysa Specialty Co. | 1123-000 | $1,333.33 | | $64,178.26 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.32 | $64,086.94 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.27 | $63,991.67 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.14 | $63,896.53 |
| 02/24/15 | 13 | Roman Adamus<br>Cashier's Check<br>Bank of America, N.A.<br>San Antonio TX | Payment 5 of 6 for Krysa Specialty Co. | 1123-000 | $1,333.33 | | $65,229.86 |
| 03/19/15 | 300006 | Indiana Department of Revenue<br>Fiduciary Section<br>P.O. Box 6192<br>Indianapolis, IN  46206-6192 | 2014 Indiana State Income Tax | 2820-000 | | $930.00 | $64,299.86 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $66,706.89 | $2,407.03 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $66,706.89 | $2,407.03 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $66,706.89 | $2,407.03 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                    Page Subtotals:                    $2,666.66         $1,211.73

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5195 - Checking Account (Non-Interest Earn | $66,706.89 | $2,407.03 | $64,299.86 |
|  | $66,706.89 | $2,407.03 | $64,299.86 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $21,959.76 |
|---|---|
| Total Net Deposits: | $66,706.89 |
| Total Gross Receipts: | $88,666.65 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-21144-CAD  
Debtor Name: ROBERT J. KRYSA  
Claims Bar Date: 12/17/2013  

Date: March 19, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>3510 | CENTURY 21 MIDDLETON COMPANY<br>Century 21 Middleton Company | Administrative | PAID AT CLOSING | $0.00 | $4,020.00 | $4,020.00 |
| 50<br>4110 | CHASE BANK<br>Chase Bank | Secured | PAID AT CLOSING | $0.00 | $8,492.85 | $8,492.85 |
| 50<br>4700 | TAXES PAID AT CLOSING<br>TAXES PAID AT CLOSING | Secured | PAID AT CLOSING | $0.00 | $1,831.96 | $1,831.96 |
| 100<br>2100 | N. NEVILLE REID<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL  60606 | Administrative | | $0.00 | $7,413.71 | $7,413.71 |
| 100<br>2820 | Indiana Department of Revenue<br>Indiana Department of Revenue<br>Fiduciary Section<br>P.O. Box 6192<br>Indianapolis, IN  46206-6192 | Administrative | | $930.00 | $930.00 | $930.00 |
| 100<br>3110 | FOX SWIBEL LEVIN &<br>CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois  60606 | Administrative | | $0.00 | $19,930.50 | $19,930.50 |
| 100<br>3120 | FOX SWIBEL LEVIN &<br>CARROLL LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois  60606 | Administrative | | $0.00 | $488.74 | $488.74 |
| 100<br>3410 | LOIS WEST<br>Popowcer Katten, Ltd.<br>35 E. Wacker Drive, Suite 1550<br>Chicago, IL  60601 | Administrative | | $0.00 | $1,200.00 | $1,200.00 |
| 1<br>300<br>7100 | AMERICAN INFOSOURCE LP<br>AS AGENT FOR<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Unsecured | | $0.00 | $7,039.38 | $7,039.38 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-21144-CAD  
Debtor Name: ROBERT J. KRYSA  
Claims Bar Date: 12/17/2013  
Date: March 19, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2<br>300<br>7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $12,360.53 | $12,360.53 |
| 3<br>300<br>7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (3-1) Unsecured Debt | $0.00 | $634.50 | $634.50 |
| 6<br>300<br>7100 | ECAST SETTLEMENT CORPORATION, ASSIG<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | (6-1) CREDIT CARD DEBT | $0.00 | $22,476.72 | $22,476.72 |
| 7<br>300<br>7100 | ECAST SETTLEMENT CORPORATION, ASSIG<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | (7-1) CREDIT CARD DEBT | $0.00 | $10,457.31 | $10,457.31 |
| 8<br>300<br>7100 | ECAST SETTLEMENT CORPORATION, ASSIG<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | (8-1) CREDIT CARD DEBT | $0.00 | $1,459.09 | $1,459.09 |
| 9<br>300<br>7100 | ECAST SETTLEMENT CORPORATION, ASSIG<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | (9-1) CREDIT CARD DEBT | $0.00 | $11,486.93 | $11,486.93 |
| 10<br>300<br>7100 | FSB AMERICAN EXPRESS BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (10-1) CREDIT CARD DEBT | $0.00 | $14,758.87 | $14,758.87 |
| 11<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>successor to FIA CARD SERVICES, N.A.<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $6,198.48 | $6,198.48 |
| 12<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>successor to FIA CARD SERVICES, N.A.<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $7,385.35 | $7,385.35 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-21144-CAD  
Debtor Name: ROBERT J. KRYSA  
Claims Bar Date: 12/17/2013  

Date: March 19, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 999 2300 | BOND PAYMENT<br>Bond Payment | Administrative | Bond Payment | $0.00 | $26.90 | $26.90 |
| 999 2420 | FOREMOST INSURANCE COMPANY<br>Foremost Insurance Company | Administrative | Real Property Insurance Premium<br>(Insurance for the Westville, IN property) | $0.00 | $345.50 | $345.50 |
| 999 2420 | TOWN OF WESTVILLE<br>253 W. Main Street<br>P.O. Box 275<br>Westville, IN  46391 | Administrative | Water Bill for Westville IN property | $0.00 | $94.49 | $94.49 |
| 999 2500 | CLOSING COSTS<br>Closing Costs - PAID AT CLOSING | Administrative | PAID AT CLOSING | $0.00 | $2,222.50 | $2,222.50 |
| 999 2990 | MARK D. WEISMAN<br>Law Office of Mark D. Weisman<br>53 West Jackson Blvd., Ste. 733<br>Chicago, IL  60604-3606 | Administrative | Reimbursement of Federal Express charges re: checks and documents to Trustee. | $0.00 | $52.87 | $52.87 |
| | Case Totals | | | $930.00 | $141,307.18 | $141,307.18 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-21144
Case Name: ROBERT J. KRYSA
   BARBARA J. KRYSA
Trustee Name: N. Neville Reid, Trustee

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | TAXES PAID AT CLOSING | $ | $ | $ | $ |
|  | CHASE BANK | $ | $ | $ | $ |

Total to be paid to secured creditors                 $_____

Remaining Balance                                     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ | $ | $ |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ | $ | $ |
| Accountant for Trustee Fees: LOIS WEST | $ | $ | $ |
| Other: BOND PAYMENT | $ | $ | $ |
| Other: CENTURY 21 MIDDLETON COMPANY | $ | $ | $ |
| Other: CLOSING COSTS | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: FOREMOST INSURANCE COMPANY | $ | $ | $ |
| Other: Indiana Department of Revenue | $ | $ | $ |
| Other: MARK D. WEISMAN | $ | $ | $ |
| Other: TOWN OF WESTVILLE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 2 | DISCOVER BANK | $ | $ | $ |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 6 | ECAST SETTLEMENT CORPORATION, ASSIG | $ | $ | $ |
| 7 | ECAST SETTLEMENT CORPORATION, ASSIG | $ | $ | $ |
| 8 | ECAST SETTLEMENT CORPORATION, ASSIG | $ | $ | $ |
| 9 | ECAST SETTLEMENT CORPORATION, ASSIG | $ | $ | $ |
| 10 | FSB AMERICAN EXPRESS BANK | $ | $ | $ |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ | $ | $ |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE