Trustee's Narrative for Trustee's Final Report in In re Krysa (Case No. 13-21144)

On September 1, 2013, post-petition, Robert Krysa (the "Debtor") sold his interest in Krysa Special Co., to Vendit Services, Inc. and Roman Adamus (collectively, the "Buyers") in the amount of $17,000.00. The sale proceeds were due as follows: $9,000 down payment was due at the time of closing, and the remaining $8,000 would be paid in six equal monthly installments of $1,333.33 beginning 30 days from the closing date. [See attached Contract]

The Estate received the $9,000 down payment and 5 of the 6 monthly payments due.  The Buyer had some difficulty making the monthly payments and Trustee has yet to receive the final payment which was due back in June of 2014. To avoid further delays in the closing of this case the Trustee has waived the final payment of $1,333.33 but will include it in an amended TFR if he receives it before final approval hereof.

September 1, 2013

Vendit Services, Inc. & Roman Adamus are purchasing the assets of Krysa Specialty Co. & Robert Krysa and the list of current locations.

Krysa Specialty guarantees yearly gross sales of $80,000.

Purchase price has been reduce do to loss of business during the current months.

The purchase price is $ _17,000_

Down payment of $9,000 will be given at the closing date.

$ _8,000_ will be paid in 6 equal monthly installments of $ _1,333.33_

Beginning 30 days from closing date.

Seller ( Robert Krysa) will not solicit any of the purchased locations for vending or coffee business.

Seller will not discuss this agreement with any other vending operators.

Vendit Services, Inc. has the first right of refusal to the purchase of any vending locations Seller (Robert Krysa) will continue to service after the closing.

Seller

Robert Krysa

Krysa Specialty Co.

*[signature]*

Buyer

Roman Adamus

Vendit Services, Inc.

*[signature]*