# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-21144 |
| ROBERT J. KRYSA and | ) | |
| BARBARA J. KRYSA, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | **Date: May 7, 2015** |
| | ) | **Time: 10:30 a.m.** |

### FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION FOR THE PERIOD OF OCTOBER 1, 2014 THROUGH MARCH 19, 2015

Popowcer Katten, Ltd. ("PK"), tax accountant for N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Robert J. Krysa and Barbara J. Krysa (the "Debtors"), by and through Fox, Swibel, Levin & Carroll, LLP ("FSLC"), general bankruptcy counsel for the Trustee, files this application (the "Application") for allowance and payment of an administrative claim in the amount of $1,200.00, consisting of fees incurred during the period of October 1, 2014 through March 19, 2015 (the "Application Period"). In support of this Application, states the following:

### INTRODUCTION

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the requested relief are Sections 328, 330, and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## BACKGROUND

3.     On August 3, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as chapter 7 trustee.

4.     On October 29, 2014, the Court entered a final order granting the Trustee's application to retain PK as tax accountant *nunc pro tunc* to October 1, 2014. [Dkt. 39].

## REQUESTED RELIEF

5.     PK files this Application for allowance of an administrative claim for compensation in the amount of $1,200.00, which consists of fees incurred during the Application Period.

6.     Attached as **Exhibit A** to this Application are the detailed billing records of PK, describing the actual, necessary services rendered and time expended for work performed on behalf of the Trustee during the Application Period.

## PROFESSIONAL SERVICES RENDERED DURING THE APPLICATION PERIOD

7.     During the Application Period, PK prepared federal and state of Illinois and state of Indiana fiduciary income tax returns for the year ending December 31, 2014.

## APPROPRIATENESS OF FEES

8.     The total amount of fees for professional services performed during the Application Period sought by PK in this Application is $1,200.00.

9.     The professional services provided by PK to the Trustee during the Application Period were necessary and appropriate to assist the Trustee with the administration of the Debtor's case, and were in the best interests of the Estate. Compensation for the services provided by PK is commensurate with the complexity, importance, and nature of the problems, issues and tasks involved.  PK undertook

all reasonable efforts to ensure that the services it provided were performed in an efficient manner, without duplication of effort.

10.   PK's fees are recorded in a computerized time record system, from which the bills attached to this Application were generated. PK has reviewed the bills to ensure their accuracy.

11.   PK's billing rates for the matters set forth in this Application are consistent with reasonable and customary rates among tax accountants for the work performed.

12.   PK's requested fees and costs are awardable pursuant to Section 330 of the Bankruptcy Code as reasonable and necessary expenses incurred for the administration of the Estate.

## **ADDITIONAL FEES**

13.   PK has undertaken all reasonable efforts to ensure that all fees and costs for the Application Period are included in this Application.  However, it is possible that some fees and expenses may not be included in this Application. PK reserves the right to submit further applications for fees and expenses for the period October 1, 2014 Through March 19, 2015, if necessary.

## **NOTICE**

14.   Pursuant to Bankruptcy Rule 2002(a), notice of this Application has been given to: (a) the Debtor; (b) the Debtor's counsel; (c) the United States Trustee for the Northern District of Illinois; (d) all creditors; and (e) all other parties set up to receive notice through the Court's ECF filing system.  In light of the nature of the relief requested, the Trustee submits that no further notice is required.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

WHEREFORE, PK requests entry of an order allowing it an administrative claim in the amount of $1,200.00 and allowing the Trustee to pay the same.

Dated: April 16, 2015            Respectfully submitted,

**POPOWCER KATTEN, LTD.**

By:    */s/ N. Neville Reid*
      Fox, Swibel, Levin & Carroll, LLP,
      General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
Ryan T. Schultz (ARDC #6288585)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

*General Bankruptcy Counsel to*
*N. Neville Reid, the Chapter 7 Trustee*