# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 13-21144 |
| ROBERT J. KRYSA and | ) | |
| BARBARA J. KRYSA, | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | **Date: May 7, 2015** |
| | ) | **Time: 10:30 a.m.** |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on **April 16, 2015**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation** [Dkt. 49]; **Trustee's Final Application for Compensation** [Dkt. 48]; **First and Final Application of Popowcer Katten, Ltd. for Allowance and Payment of Administrative Claim for Compensation** [Dkt. 47]; and the **First and Final Application of Fox, Swibel, Levin & Carroll, LLP, for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses** [Dkt. 46], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

Dated: April 16, 2015                              Respectfully submitted,

                                                      By:    /s/ N. Neville Reid
                                                         Fox, Swibel, Levin & Carroll, LLP,
                                                         General Bankruptcy Counsel to the Trustee

N. Neville Reid (ARDC #6195837)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201

1

1516166v1

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Daniel P. Dawson on behalf of Creditor Hinsdale Bank & Trust Company
ddawson@nisen.com, adrag@nisen.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Jessica S Naples on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
ND-Two@il.cslegal.com

Mark D Weisman on behalf of Debtor Robert J. Krysa
midway@prodigy.net

Mark D Weisman on behalf of Joint Debtor Barbara J. Krysa
midway@prodigy.net

**Parties to receive notice by postage prepaid first-class U.S. Mail:**

| | | |
|---|---|---|
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | Chase<br>201 N Walnut Street<br>Mailstop<br>Wilmington, DE 19801-2920 | LTD Financial Services<br>7322 Southwest Freeway Suite<br>1600 Houston, TX 77074-2134 |
| American Express Bank,<br>FSB c/o Becket and Lee LLP<br>P.O. BOX 3001<br>Malvern, PA 19355-0701 | Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Mark D Weisman<br>Law Office of Mark D. Weisman<br>53 W. Jackson Suite 733<br>Chicago, IL 60604-3460 |
| American InfoSource LP<br>as agent for TD Bank, USA<br>P.O. Box 248866<br>Oklahoma City, OK 73124-8866 | Chase Home Finance<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Patrick S Layng<br>Office of the U.S. Trustee,<br>Region 11<br>219 S Dearborn St Room 873<br>Chicago, IL 60604-2027 |
| ARS National Services<br>P.O. Box 469046<br>Escondido, CA 92046-9046 | Citi<br>P.O. Box 15687<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>successor to<br>FIA CARD SERVICES, N.A.<br>P.O. Box 41067<br>Norfolk, VA 23541 |

1516166v1

BANK OF AMERICA
P.O. Box 982238
El Paso, TX 79998-2238

City of Ocean Shores
LID Administration
P.O. Box 3925
Seattle, WA  98124-3925

Quantum3 Group LLC
as agent for  Comenity Bank
P.O. Box 788
Kirkland, WA  98083-0788

Barbara J. Krysa
10338 W. Addison Ave.
Franklin Park, IL 60131-1520

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH  43054-3025

Recovery Management
Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131-1605

Capital One Bank (USA), N.A
P.O. Box 71083
Charlotte, NC  28272-1083

Discover Cd
P.O. Box15316
Attn: cms/prod Deve
Wilmington, DE  19850-5316

Robert J. Krysa
10338 W. Addison Ave.
Franklin Park, IL 60131-1520

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

eCAST Settlement Corporation,
assignee of Chase Bank USA, N.A.
P.O. BOX 29262
New York, NY 10087-9262

Sears/cbna
8725 W. Sahara Ave
Mc 02/02/0
The Lakes, NV 89163-0001

CBCS
P.O. Box 163250
Columbus, OH  43216-3250

GE Capital Retail Bank
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

TNB
P.O. Box 673
Minneapolis, MN  55440-0673

Century 21 Middleton Co., Inc.
Dianne Phegley
4121 S. Franklin Street
Michigan City, IN 46360

Hinsdale B&t
25 E First St
Hinsdale, IL 60521-4119

U.S. BANK NATIONAL
ASSOCIATION
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road, # 100
Burr Ridge, IL 60527-6921

Weltman, Weinberg & Reis
180 N. LaSalle Suite 240
Chicago, IL 60601-2704

Lois West, CPA
Popowcer Katten, Ltd.
35 E. Wacker Dr. Suite 1550
Chicago, IL 60601

3

1516166v1