## UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| ROBERT J. KRYSA | § | Case No. 13-21144 |
| BARBARA J. KRYSA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/07/2015 in Courtroom 742,

United States Bankruptcy Court
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2015                    By: /s/ N. Neville Reid
                                                                            Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Carroll, LLP*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| ROBERT J. KRYSA | § | Case No. 13-21144 |
| BARBARA J. KRYSA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 88,666.65 |
| and approved disbursements of | $ | 24,366.79 |
| leaving a balance on hand of[1] | $ | 64,299.86 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | TAXES PAID AT CLOSING | $ 1,831.96 | $ 1,831.96 | $ 1,831.96 | $ 0.00 |
| | CHASE BANK | $ 8,492.85 | $ 8,492.85 | $ 8,492.85 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 64,299.86 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 7,413.71 | $ 0.00 | $ 7,413.71 |
| Attorney for Trustee Fees: FOX SWIBEL LEVIN & CARROLL LLP | $ 19,930.50 | $ 0.00 | $ 19,930.50 |
| Attorney for Trustee Expenses: FOX SWIBEL LEVIN & CARROLL LLP | $ 488.74 | $ 0.00 | $ 488.74 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: LOIS WEST | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| Other: BOND PAYMENT | $ 26.90 | $ 26.90 | $ 0.00 |
| Other: CENTURY 21 MIDDLETON COMPANY | $ 4,020.00 | $ 4,020.00 | $ 0.00 |
| Other: CLOSING COSTS | $ 2,222.50 | $ 2,222.50 | $ 0.00 |
| Other: FOREMOST INSURANCE COMPANY | $ 345.50 | $ 345.50 | $ 0.00 |
| Other: Indiana Department of Revenue | $ 930.00 | $ 930.00 | $ 0.00 |
| Other: MARK D. WEISMAN | $ 52.87 | $ 52.87 | $ 0.00 |
| Other: TOWN OF WESTVILLE | $ 94.49 | $ 94.49 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          29,032.95

Remaining Balance          $          35,266.91


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:


NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,257.16  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 7,039.38 | $ 0.00 | $ 2,633.83 |
| 2 | DISCOVER BANK | $ 12,360.53 | $ 0.00 | $ 4,624.77 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 634.50 | $ 0.00 | $ 237.40 |
| 6 | ECAST SETTLEMENT CORPORATION, ASSIG | $ 22,476.72 | $ 0.00 | $ 8,409.81 |
| 7 | ECAST SETTLEMENT CORPORATION, ASSIG | $ 10,457.31 | $ 0.00 | $ 3,912.67 |
| 8 | ECAST SETTLEMENT CORPORATION, ASSIG | $ 1,459.09 | $ 0.00 | $ 545.93 |
| 9 | ECAST SETTLEMENT CORPORATION, ASSIG | $ 11,486.93 | $ 0.00 | $ 4,297.91 |
| 10 | FSB AMERICAN EXPRESS BANK | $ 14,758.87 | $ 0.00 | $ 5,522.12 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 6,198.48 | $ 0.00 | $ 2,319.20 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 7,385.35 | $ 0.00 | $ 2,763.27 |

Total to be paid to timely general unsecured creditors       $ 35,266.91

Remaining Balance       $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ N. Neville Reid
                                                    Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Carroll, LLP*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                        Case No. 13-21144-CAD
Robert J. Krysa                                               Chapter 7
Barbara J. Krysa
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: corrinal            Page 1 of 2            Date Rcvd: Apr 17, 2015
                               Form ID: pdf006           Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2015.
db/jdb       #+Robert J. Krysa,   Barbara J. Krysa,   10338 W. Addison Ave.,   Franklin Park, IL 60131-1520
20504410      +ARS National Services,   P.O. Box 469046,   Escondido, CA 92046-9046
20504409       American Express,   P.O. Box 981535,   El Paso, TX  79998-1535
21209961       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20504411      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   PO Box 982238,   El Paso, TX  79998)
20504412      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   PO Box 85015,   Richmond, VA  23285)
20504413       CBCS,   P.O. Box 163250,   Columbus, OH  43216-3250
21101920       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
20504414      +Chase,   201 N Walnut Street  Mailstop,   Wilmington, DE 19801-2920
20504415      +Chase Bank,   P.O. Box 15298,   Wilmington, DE 19850-5298
20504416      +Chase Home Finance,   3415 Vision Drive,   Columbus, OH 43219-6009
20504417       Citi,   P.O. Box 15687,   Wilmington, DE  19850
20504418       City of Ocean Shores,   LID Administration,   P.O. Box 3925,   Seattle, WA  98124-3925
20504408      +MARK D. WEISMAN,   53 W. Jackson Blvd.,   Suite 733,   Chicago, IL 60604-3460
21336201      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
                successor to FIA CARD SERVICES, N.A.,   PO Box 41067,   Norfolk, VA 23541)
20504422      +Sears/cbna,   8725 W. Sahara Ave  Mc 02/02/0,   The Lakes, NV 89163-0001
20504423       TNB,   P.O. Box 673,   Minneapolis, MN  55440-0673
20504424      +US Bk Mtg,   Po Box 20005,   Owensboro, KY 42304-0005
21171278       eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20994813       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2015 01:24:22
                American InfoSource LP as agent for,   TD Bank, USA,   PO Box 248866,
                Oklahoma City, OK  73124-8866
21005007       E-mail/PDF: mrdiscen@discover.com Apr 18 2015 01:24:09     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
20504419       E-mail/PDF: mrdiscen@discover.com Apr 18 2015 01:24:09     Discovr Cd,
                PO Box15316  Att:cms/prod Deve,   Wilmington, DE  19850-5316
20980312       E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2015 01:15:28     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
20504420      +E-mail/Text: pgray@hinsdalebank.com Apr 18 2015 01:19:13     Hinsdale B&t,   25 E First St,
                Hinsdale, IL 60521-4119
20504421      +E-mail/Text: ebn@ltdfin.com Apr 18 2015 01:17:50     LTD Financial Services,
                7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2134
21032794       E-mail/Text: bnc-quantum@quantum3group.com Apr 18 2015 01:17:59
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
20504425      +E-mail/Text: BKRMailOps@weltman.com Apr 18 2015 01:18:16     Weltman, Weinberg & Reis,
                180 N. LaSalle,   Suite 240,   Chicago, IL 60601-2704
                                                                              TOTAL: 8


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Fox, Swibel, Levin & Carroll, LLP
20504407*     +Barbara J. Krysa,   10338 W. Addison Ave.,   Franklin Park, IL 60131-1520
20504406*     +Robert J. Krysa,   10338 W. Addison Ave.,   Franklin Park, IL 60131-1520
21180537*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262
21180538*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262
21180539*      eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262
                                                                              TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: corrinal         Page 2 of 2              Date Rcvd: Apr 17, 2015
                             Form ID: pdf006         Total Noticed: 27
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2015                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2015 at the address(es) listed below:
          Daniel P. Dawson    on behalf of Creditor    Hinsdale Bank & Trust Company ddawson@nisen.com,
           adrag@nisen.com
          Jessica S Naples    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ND-Two@il.cslegal.com
          Mark D Weisman    on behalf of Debtor Robert J. Krysa midway@prodigy.net
          Mark D Weisman    on behalf of Joint Debtor Barbara J. Krysa midway@prodigy.net
          N. Neville Reid    nreid@fslc.com,  nreid@ecf.epiqsystems.com
          N. Neville Reid    on behalf of Trustee N. Neville Reid nreid@fslc.com,  nreid@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                      TOTAL: 7
```