# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROBERT J. KRYSA | § | Case No. 1:13-21144-CAD |
| BARBARA J. KRYSA | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 153,000.00                 Assets Exempt: 63,691.80
*(Without deducting any secured claims)*

Total Distributions to Claimants: 45,591.72     Claims Discharged
                                                Without Payment: 514,709.04

Total Expenses of Administration: 37,682.48

---

3) Total gross receipts of $ 88,666.65  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,392.45  (see **Exhibit 2**), yielded net receipts of $ 83,274.20  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 370,393.07 | $ 10,324.81 | $ 10,324.81 | $ 10,324.81 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 37,682.48 | 37,682.48 | 37,682.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 132,957.72 | 117,574.70 | 94,257.16 | 35,266.91 |
| **TOTAL DISBURSEMENTS** | $ 503,350.79 | $ 165,581.99 | $ 142,264.45 | $ 83,274.20 |

    4) This case was originally filed under chapter 7 on 05/20/2013 . The case was pending for 34 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __03/04/2016__          By:/s/N. Neville Reid, Trustee_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCUMULATED

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE - Westville | 1110-000 | 67,000.00 |
| STOCK | 1123-000 | 15,666.65 |
| OTHER PERSONAL PROPERTY - Wisconsin RV Park | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 88,666.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| USI Financial | Non-Estate Funds Paid to Third Parties | 8500-002 | 5,392.45 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 5,392.45** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Chase Home Finance 3415 Vision Drive Columbus OH 43219 | | 8,875.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 City of Ocean Shores LID Administration P.O. Box 3925 Seattle WA 98124-3925 | | 6,717.07 | NA | NA | 0.00 |
| | Creditor # : 3 Hinsdale B&t 25 E First St Hinsdale IL 60521 | | 26,931.00 | NA | NA | 0.00 |
| | Creditor # : 4 US Bk Mtg Po Box 20005 Owensboro KY 42304 | | 327,870.00 | NA | NA | 0.00 |
| | Representing: US Bk Mtg | | 0.00 | NA | NA | 0.00 |
| | CHASE BANK | 4110-000 | NA | 8,492.85 | 8,492.85 | 8,492.85 |
| | TAXES PAID AT CLOSING | 4700-000 | NA | 1,831.96 | 1,831.96 | 1,831.96 |
| TOTAL SECURED CLAIMS | | | $ 370,393.07 | $ 10,324.81 | $ 10,324.81 | $ 10,324.81 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee N. Neville Reid | 2100-000 | NA | 7,413.71 | 7,413.71 | 7,413.71 |
| BOND PAYMENT | 2300-000 | NA | 26.90 | 26.90 | 26.90 |
| TOWN OF WESTVILLE | 2420-000 | NA | 94.49 | 94.49 | 94.49 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FOREMOST INSURANCE COMPANY | 2420-750 | NA | 345.50 | 345.50 | 345.50 |
| CLOSING COSTS | 2500-000 | NA | 2,222.50 | 2,222.50 | 2,222.50 |
| ASSOCIATED BANK | 2600-000 | NA | 957.27 | 957.27 | 957.27 |
| Indiana Department of Revenue | 2820-000 | NA | 930.00 | 930.00 | 930.00 |
| MARK D. WEISMAN | 2990-000 | NA | 52.87 | 52.87 | 52.87 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 19,930.50 | 19,930.50 | 19,930.50 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3120-000 | NA | 488.74 | 488.74 | 488.74 |
| LOIS WEST | 3410-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| CENTURY 21 MIDDLETON COMPANY | 3510-000 | NA | 4,020.00 | 4,020.00 | 4,020.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 37,682.48 | $ 37,682.48 | $ 37,682.48 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :10 Chase Bank P.O. Box 15298 Wilmington DE 19850 | | 11,486.00 | NA | NA | 0.00 |
| | Creditor # :13 Sears/cbna 8725 W. Sahara Ave Mc 02/02/0 The Lakes NV 89163 | | 4,118.00 | NA | NA | 0.00 |
| | Creditor # :14 TNB P.O. Box 673 Minneapolis MN 55440-0673 | | 7,039.00 | NA | NA | 0.00 |
| | Creditor # :2 Bank Of America PO Box 982238 El Paso TX 79998 | | 6,826.00 | NA | NA | 0.00 |
| | Creditor # :5 Cb/mrthnvi | | 634.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :6 Chase 201 N Walnut Street Mailstop Wilmington DE 19801 | | 1,459.00 | NA | NA | 0.00 |
| | Creditor # :7 Chase 201 N Walnut Street Mailstop Wilmington DE 19801 | | 10,457.00 | NA | NA | 0.00 |
| | Creditor # :8 Chase Bank P.O. Box 15298 Wilmington DE 19850 | | 20,830.00 | NA | NA | 0.00 |
| | Creditor # :9 Chase Bank P.O. Box 15298 Wilmington DE 19850 | | 22,476.72 | NA | NA | 0.00 |
| | Representing: Chase Bank | | 0.00 | NA | NA | 0.00 |
| | Representing: Chase Bank | | 0.00 | NA | NA | 0.00 |
| | Representing: Chase Bank | | 0.00 | NA | NA | 0.00 |
| | Representing: Discovr Cd | | 0.00 | NA | NA | 0.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 7,039.38 | 7,039.38 | 2,633.83 |
| 4 | CAPITAL ONE BANK (USA) N. A. | 7100-000 | 20,855.00 | 20,317.54 | 0.00 | 0.00 |
| 5 | CAPITAL ONE BANK (USA) N. A. | 7100-000 | 3,253.00 | 3,000.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK | 7100-000 | 12,360.00 | 12,360.53 | 12,360.53 | 4,624.77 |
| 6 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 22,476.72 | 22,476.72 | 8,409.81 |
| 7 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 10,457.31 | 10,457.31 | 3,912.67 |
| 8 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | 1,164.00 | 1,459.09 | 1,459.09 | 545.93 |
| 9 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 11,486.93 | 11,486.93 | 4,297.91 |
| 10 | FSB AMERICAN EXPRESS BANK | 7100-000 | 10,000.00 | 14,758.87 | 14,758.87 | 5,522.12 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 6,198.48 | 6,198.48 | 2,319.20 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 7,385.35 | 7,385.35 | 2,763.27 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 634.50 | 634.50 | 237.40 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 132,957.72** | **$ 117,574.70** | **$ 94,257.16** | **$ 35,266.91** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-21144 | CAD | Judge: | Carol A. Doyle | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ROBERT J. KRYSA | | | | Date Filed (f) or Converted (c): | 05/20/2013 (f) |
| | BARBARA J. KRYSA | | | | 341(a) Meeting Date: | 07/11/2013 |
| For Period Ending: | 03/04/2016 | | | | Claims Bar Date: | 12/17/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE - Franklin Park<br><br>10338 W. Addison Franklin Park (single family residence) | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE - Westville<br><br>559 Main Street, Westville, IN 46391 (single family residence) | 15,000.00 | 58,125.00 | | 67,000.00 | FA |
| 3. REAL ESTATE - Washington<br><br>Vacant Land 920 Cougar Place, Ocean Shores, Washington, 98589 (Past Due Special Assessments are $6717.07) | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. CASH<br><br>Cash on hand Location: In debtor's possession | 100.00 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS<br><br>Account with Leyden Credit Union xxxxx3839 (checking account has balance of $837 and savings account has balance of $2000.00.) | 2,837.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS<br><br>Household goods and furnishings including 4 year old LR furniture; 20 year old BR furniture; 10 year old laptop; 3 year old washer/dryer; 2 TV's 20" & 26" (both 10 years old and 3 year old 48" TV; and 15 year old kitchen set. Location: In debtor's possession. | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL<br><br>Ordinary Wearing Apparel Location: In debtor's possession | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. FURS AND JEWELRY<br><br>Miscellaneous jewelry Location: In debtor's possession | 900.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-21144 | CAD | Judge: | Carol A. Doyle | Trustee Name: | N. Neville Reid, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ROBERT J. KRYSA | | | | Date Filed (f) or Converted (c): | 05/20/2013 (f) |
| | BARBARA J. KRYSA | | | | 341(a) Meeting Date: | 07/11/2013 |
| For Period Ending: | 03/04/2016 | | | | Claims Bar Date: | 12/17/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 9. INSURANCE POLICIES - Universal Life Policy (w)<br><br>Universal Life Policy (death benefit $25,000)<br>Location: In debtor's possession (W) | 7,596.03 | 0.00 | | 0.00 | FA |
| 10. INSURANCE POLICIES - Universal Life Policy (h)<br><br>Universal Life Policy (death benefit $39,841.00)<br>Location: In debtor's possession (H) | 29,841.77 | 0.00 | | 0.00 | FA |
| 11. PENSION (w)<br><br>Retirement Account.<br>Location: Held in trust by USPS (W) | Unknown | 0.00 | | 0.00 | FA |
| 12. PENSION (h)<br><br>Retirement Account<br>Location: Held in trust by previous employer (H) | Unknown | 0.00 | | 0.00 | FA |
| 13. STOCK<br><br>Stock in Krysa Specialty Company (coin vending machine business)  Company has negative value as a going concern. Liabilities exceed assets. Company will be closed in 2013. Location: In debtor's possession (J)<br><br>[Krysa Specialty Vending Machine Contract # ZIPC23315265] | 0.00 | 17,000.00 | | 15,666.65 | FA |
| 14. FUTURE INTERESTS<br><br>Social Security Benefits<br>Location: Payable by United States (J) | Unknown | 0.00 | | 0.00 | FA |
| 15. VEHICLES - 2001 Grand Marquis<br><br>2001 Grand Marquis<br>Location: In debtor's possession | 750.00 | 0.00 | | 0.00 | FA |
| 16. VEHICLES - 2011 Sonata<br><br>2011 Sonata<br>Location: In debtor's possession | 18,167.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-21144 | CAD | Judge: | Carol A. Doyle | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ROBERT J. KRYSA | | | | Date Filed (f) or Converted (c): | 05/20/2013 (f) |
| | BARBARA J. KRYSA | | | | 341(a) Meeting Date: | 07/11/2013 |
| For Period Ending: | 03/04/2016 | | | | Claims Bar Date: | 12/17/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17. OTHER PERSONAL PROPERTY - Wisconsin RV Park  RV located in RV Park in Wisconsin (vehicle purchased 25 years ago) utilitzed in summer only.  [Pioneer Park and it is located in Lake Delton, WI] | 2,000.00 | 6,000.00 | | 6,000.00 | FA |
| 18. VOID                                (u) | Unknown | 0.00 | | 0.00 | FA |
| 19. VOID                                (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $233,691.80        $81,125.00        $88,666.65        $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status April 2015: Case fully administered. Filed TFR and awaiting court approval of fees. Will commence creditor distributions after TFR hearing date on May 7, 2015.

Initial Projected Date of Final Report (TFR): 11/11/2014        Current Projected Date of Final Report (TFR): 06/30/2015

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-21144 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: ROBERT J. KRYSA | Bank Name: Associated Bank |
| BARBARA J. KRYSA | Account Number/CD#: XXXXXX5195 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1917 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/04/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/14 | 17 | LEYDEN CREDIT UNION 2701 N. 25th AvenueFranklin Park, IL 60131(Cashier's Check fromRobert and Barbara Krysa) | Krysa - Wisconsin Park Membership Payment 1 of 3 | 1129-000 | $2,000.00 | | $2,000.00 |
| 01/29/14 | | MARK D. WEISMAN Client Trust Account100 West Monroe Street, #1310Chicago, IL | Specialty Vending Machine Contract | | $3,607.55 | | $5,607.55 |
| | | | Gross Receipts        $9,000.00 | | | | |
| | | USI Financial - Creditor of Krysa Specialty Co. | ($5,392.45) | 8500-002 | | | |
| | 13 | | STOCK        $9,000.00 | 1123-000 | | | |
| 01/31/14 | 300001 | FOREMOST INSURANCE COMPANY P.O. Box 767Michigan City, IN 46361Attn:  Melissa | Quarterly Payment for Insurance Premium for Property located at: 759 West Main Street, Westville, IN Owners:  Robert Krysa and Barbara Krysa | 2420-000 | | $345.50 | $5,262.05 |
| 02/18/14 | 13 | BANK OF AMERICA, N.A. (Cashier's Check from Roman Adamus)Payment 1 of 6 | Specialty Vending Machine Contract Payment 1 of 6 | 1123-000 | $1,333.33 | | $6,595.38 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,585.38 |
| 03/13/14 | 17 | LEYDEN CREDIT UNION 2701 N. 25th AvenueFranklin Park, IL 60131[Cashier's Check fromRobert and Barbara Krysa] | Krysa - Wisconsin Park Membership Payment 2 of 3 | 1129-000 | $2,000.00 | | $8,585.38 |
| 03/25/14 | | MERIDIAN TITLE CORPORATION 202 S. Michigan St., Suite 300South Bend, IN 46601574-232-5845 | Sale of 759 Main St. Westville, IN | | $50,432.69 | | $59,018.07 |
| | | | Gross Receipts        $67,000.00 | | | | |
| | | CENTURY 21 MIDDLETON COMPANY Century 21 Middleton | Commission Paid at Settlement        ($4,020.00) | 3510-000 | | | |

Page Subtotals:          $59,373.57        $355.50

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Case 13-21144   Doc 56   Filed 03/23/16   Entered 03/23/16 14:22:43   Desc Main
Document      Page 13 of 18

Page: 2

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-21144  
Case Name: ROBERT J. KRYSA  
BARBARA J. KRYSA  

Trustee Name: N. Neville Reid, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5195  
Checking Account (Non-Interest Earn  

Taxpayer ID No: XX-XXX1917  
For Period Ending: 03/04/2016  

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | CLOSING COSTS<br>Closing Costs - PAID AT CLOSING | ($2,222.50) | 2500-000 | | | |
| | | TAXES PAID AT CLOSING<br>Real Estate Taxes - Paid at Closing | Real Estate Taxes ($1,831.96) | 4700-000 | | | |
| | | CHASE BANK<br>Chase Bank | Payment to Secured Creditor ($8,492.85) | 4110-000 | | | |
| | 2 | | REAL ESTATE - Westville $67,000.00 | 1110-000 | | | |
| 04/03/14 | 13 | BANK OF AMERICA<br>Cashier's Check[Remitter Roman Adamus] | Specialty Vending Machine Contract<br>Payment 2 of 6 | 1123-000 | $1,333.33 | | $60,351.40 |
| 04/07/14 | 300002 | INTERNATIONAL SURETIES, LTD.<br>Suite 420701 Poydras StreetNew Orleans, LA  70139504-581-6404 | Blanket Bond Disbursement<br>Blanket Bond Amount $71,065,000.00<br>Liberty Mutual Insurance Company<br>Bond # *****6455<br>Term:  02/01/14 to 02/01/15 | 2300-000 | | $26.90 | $60,324.50 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $28.54 | $60,295.96 |
| 04/10/14 | 17 | LEYDEN CREDIT UNION<br>2701N. 25th AvenueFranklin Park, IL 60131{Cashier's Check fromRobert and Barbara Krysa} | Krysa - Wisconsin Park Membership<br>Payment 3 of 3 | 1129-000 | $2,000.00 | | $62,295.96 |
| 04/11/14 | 300003 | MARK D. WEISMAN<br>Law Office of Mark D. Weisman53 West Jackson Blvd., Ste. 733Chicago, IL 60604-3606 | Reimbursement of Expenses<br>Federal Express - delivery of check and documents from Debtor's Attorney Tracking No. 802999440320. | 2990-000 | | $52.87 | $62,243.09 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $88.59 | $62,154.50 |
| 05/28/14 | 300004 | TOWN OF WESTVILLE<br>253 W. Main StreetP.O. Box 275Westville, IN  46391 | Water Utility Bill for Indiana Property:<br>759 West Main Street, Westville, IN<br>Owners:  Robert Krysa and Barbara Krysa | 2420-000 | | $214.49 | $61,940.01 |
| | | | Page Subtotals: | | $3,333.33 | $411.39 | |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-21144 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: ROBERT J. KRYSA | Bank Name: Associated Bank |
| BARBARA J. KRYSA | Account Number/CD#: XXXXXX5195 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX1917 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/04/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.41 | $61,847.60 |
| 06/18/14 | 300004 | TOWN OF WESTVILLE 253 W. Main StreetP.O. Box 275Westville, IN 46391 | Water Utility Bill at Reversal Town of Westville returned our check no. 300004 in the amount of $214.49. The Town applied the deposit toward their bill which left a remaining balance of $94.49. We are to reissue the check for $94.49. | 2420-000 | | ($214.49) | $62,062.09 |
| 06/18/14 | 300005 | Town of Westville 253 West Main Street P.O. Box 275 Westville, IN 46391 | 759 West Main St., Westville, IN, Water Utility Bill (Acct. # ***6005) Town of Westville returned our check no. 300004 in the amount of $214.49. The Town applied the deposit toward their bill (Account ***6005) which left a remaining balance of $94.49. | 2420-000 | | $94.49 | $61,967.60 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.29 | $61,878.31 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.00 | $61,786.31 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.86 | $61,694.45 |
| 09/23/14 | 13 | Roman Adamus Bank of America (Cashier's Check No. 1643000434) | Specialty Vending Machine Contract (payment 3 of 6) for Krysa Specialty Co. | 1123-000 | $1,333.33 | | $63,027.78 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.28 | $62,938.50 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.57 | $62,844.93 |

Page Subtotals: $1,333.33 $428.41

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-21144 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | ROBERT J. KRYSA | Bank Name: | Associated Bank |
| | BARBARA J. KRYSA | Account Number/CD#: | XXXXXX5195 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1917 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/04/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/14 | 13 | Roman Adamus<br>4928 N. Monitor<br>Chicago, IL  60630 | Payment 4 of 6 for Krysa Specialty Co. | 1123-000 | $1,333.33 | | $64,178.26 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.32 | $64,086.94 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.27 | $63,991.67 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.14 | $63,896.53 |
| 02/24/15 | 13 | Roman Adamus<br>Cashier's Check<br>Bank of America, N.A.<br>San Antonio TX | Payment 5 of 6 for Krysa Specialty Co. | 1123-000 | $1,333.33 | | $65,229.86 |
| 03/19/15 | 300006 | Indiana Department of Revenue<br>Fiduciary Section<br>P.O.  Box 6192<br>Indianapolis, IN  46206-6192 | 2014 Indiana State Income Tax | 2820-000 | | $930.00 | $64,299.86 |
| 05/08/15 | 300007 | N. NEVILLE REID AS CHAPTER 7 TRUSTE<br>for the Estate of Robert J. Krysa<br>200 W. Madison Street, Suite 3000<br>Chicago, IL  60606 | [Dkt. 55] Order Awarding Compensation and Expenses | 2100-000 | | $7,413.71 | $56,886.15 |
| 05/08/15 | 300008 | Fox Swibel Levin & Carroll LLP<br>200 West Madison Street<br>Suite 3000<br>Chicago, IL  60606 | [Dkt 53] Order First and Final Fee Application from August 29, 2013 thru March 12, 2015<br>Attorney Fees $19,930.50<br>Expenses  $488.74 | | | $20,419.24 | $36,466.91 |
| | | FOX SWIBEL LEVIN & CARROLL LLP | Attorney Fees           ($19,930.50) | 3110-000 | | | |
| | | FOX SWIBEL LEVIN & CARROLL LLP | Expenses                    ($488.74) | 3120-000 | | | |

Page Subtotals: $2,666.66  $29,044.68

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-21144 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | ROBERT J. KRYSA | Bank Name: | Associated Bank |
|  | BARBARA J. KRYSA | Account Number/CD#: | XXXXXX5195 |
|  |  |  | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1917 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/04/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/15 | 300009 | LOIS WEST<br>Popowcer Katten, Ltd.<br>35 E. Wacker Drive, Suite 1550<br>Chicago, IL  60601 | [Dkt. 54] Order First and Final Fee Application from October 1, 2014 thru March 19, 2015 | 3410-000 |  | $1,200.00 | $35,266.91 |
| 05/08/15 | 300010 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Final distribution to claim 1 representing a payment of 37.42 % per court order. | 7100-000 |  | $2,633.83 | $32,633.08 |
| 05/08/15 | 300011 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 2 representing a payment of 37.42 % per court order. | 7100-000 |  | $4,624.77 | $28,008.31 |
| 05/08/15 | 300012 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Final distribution to claim 3 representing a payment of 37.42 % per court order. | 7100-000 |  | $237.40 | $27,770.91 |
| 05/08/15 | 300013 | ECAST SETTLEMENT CORPORATION, ASSIG<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY  10087-9262 | Distribution |  |  | $17,166.32 | $10,604.59 |
|  |  | ECAST SETTLEMENT CORPORATION, ASSIG | Final distribution to claim 6 representing a payment of 37.42 % per court order. ($8,409.81) | 7100-000 |  |  |  |
|  |  | ECAST SETTLEMENT CORPORATION, ASSIG | Final distribution to claim 7 representing a payment of 37.42 % per court order. ($3,912.67) | 7100-000 |  |  |  |
|  |  | ECAST SETTLEMENT CORPORATION, ASSIG | Final distribution to claim 8 representing a payment of 37.42 % per court order. ($545.93) | 7100-000 |  |  |  |
|  |  | ECAST SETTLEMENT CORPORATION, ASSIG | Final distribution to claim 9 representing a payment of 37.42 % per court order. ($4,297.91) | 7100-000 |  |  |  |
| 05/08/15 | 300014 | FSB AMERICAN EXPRESS BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 10 representing a payment of 37.42 % per court order. | 7100-000 |  | $5,522.12 | $5,082.47 |

Page Subtotals: $0.00   $31,384.44

Case 13-21144   Doc 56   Filed 03/23/16   Entered 03/23/16 14:22:43   Desc Main
Document   Page 17 of 18

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-21144 | Trustee Name: | N. Neville Reid, Trustee |
| Case Name: | ROBERT J. KRYSA | Bank Name: | Associated Bank |
| | BARBARA J. KRYSA | Account Number/CD#: | XXXXXX5195 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1917 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/04/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/15 | 300015 | PORTFOLIO RECOVERY ASSOCIATES, LLC successor to FIA CARD SERVICES, N.A. PO Box 41067 Norfolk, VA  23541 | Distribution | | | | $5,082.47 | $0.00 |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Final distribution to claim 11 representing a payment of 37.42 % per court order. | ($2,319.20) | 7100-000 | | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Final distribution to claim 12 representing a payment of 37.42 % per court order. | ($2,763.27) | 7100-000 | | | |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $66,706.89 | $66,706.89 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $66,706.89 | $66,706.89 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $66,706.89 | $66,706.89 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*                                     Page Subtotals:            $0.00            $5,082.47

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5195 - Checking Account (Non-Interest Earn | $66,706.89 | $66,706.89 | $0.00 |
| | $66,706.89 | $66,706.89 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $21,959.76 |
| Total Net Deposits: | $66,706.89 |
| Total Gross Receipts: | $88,666.65 |